IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **ROBERTA SERAFINE,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:15-cv-05939-ER |
| ) | |
| v. ) | |
| ) | |
| **CREDIT ACCEPTANCE** ) | |
| **CORPORATION,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties stipulate to the dismissal of this action, including all claims, with prejudice.

Respectfully submitted,

| | |
|---|---|
| **PLAINTIFF, ROBERTA SERAFINE ,** | **DEFENDANT, CREDIT ACCEPTANCE** |
| By her attorneys, | **CORPORATION** |
| | By its attorneys, |
| | |
| /s/ Craig Thor Kimmel | /s/  Martin C. Bryce |
| Craig Thor Kimmel, Esq. | Martin C. Bryce, Esquire |
| Kimmel & Silverman, P.C. | Ballard Spahr, LLP |
| 30 E. Butler Pike | 1735 Market Street, 51st Floor |
| Ambler, PA 19002 | Philadelphia, PA 19103 |
| Phone: (215) 540-8888 | Phone: (215) 864-8238 |
| Fax: (877) 788-2864 | Fax: (215) 864-8999 |
| Email: kimmel@creditlaw.com | bryce@ballardspahr.com |

## CERTIFICATE OF SERVICE

      I, Craig Thor Kimmel, Esquire, hereby certify that I have this 9th day of May, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.

Martin C. Bryce, Esquire
Ballard Spahr, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Phone: (215) 864-8238
Fax: (215) 864-8999
bryce@ballardspahr.com

                                              /s/ Craig Thor Kimmel
                                              Craig Thor Kimmel, Esq.