# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERTA SERAFINE, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 2:15-cv-05939-ER |
| v. | )<br>)<br>) |
| CREDIT ACCEPTANCE CORPORATION, | )<br>)<br>) |
| Defendant. | )<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties stipulate to the dismissal of this action, including all claims, with prejudice.

Respectfully submitted,

**PLAINTIFF, ROBERTA SERAFINE,**
By her attorneys,

/s/ Craig Thor Kimmel
Craig Thor Kimmel, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: kimmel@creditlaw.com

**DEFENDANT, CREDIT ACCEPTANCE CORPORATION**
By its attorneys,

/s/ Martin C. Bryce
Martin C. Bryce, Esquire
Ballard Spahr, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Phone: (215) 864-8238
Fax: (215) 864-8999
bryce@ballardspahr.com

DATE: 5/10/2016

BY THE COURT:

Eduardo C. Robreno, J.